81,941-01

1228363-A
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/19/2015 5:05:24 PM
Accepted 2/20/2015 10:10:37 AM
ABEL ACOSTA
CLERK

**MOTION DENIED**

DATE: 2-25-15

BY: PC

Cause No. 1228363-A

RECEIVED
COURT OF CRIMINAL APPEALS
2/20/2015
ABEL ACOSTA, CLERK

Chan Wing Lau §

    Applicant

vs. §

In the Court of Criminal Appeals

of the State of Texas

The State of Texas §

    State

§

## MOTION FOR RECONSIDERATION SUA SPONTE

To the Honorable Court of Criminal Appeals:

Now comes the Applicant, Chan Lau, and moves the court to set aside the judgment of the Court denying Applicant's post-conviction Writ of Habeas Corpus rendered and entered herein on or about the 26th day of November, 2014, and give reconsideration to this cause, for the following reasons, to wit: In violation of Article 11.07 (3)(c) of the Texas Code of Criminal Procedure, the 351st Judicial District Court failed to transmit all of the existing record in this Cause to the Court of Criminal Appeals. The omission included evidence supporting Applicant's claims. Attorney for Applicant verified with the Court of Criminal Appeals on December 19, 2014, that this portion of the record was absent from those records transmitted to this Court by the 351st Judicial District Court. Applicant states that the name of the opposing counsel in this cause is Andrew J. Smith, and he resides in, Harris County, Texas.

Subsequently, counsel for Chan Lau, Ashley Burleson, drafted a Motion for Rehearing, filed it with the Texas Criminal Court of Appeals on January 2, 2015, and raised this issue. However, counsel later discovered that the omitted evidence discussed above was inadvertently left out of his Motion for Rehearing.

ELECTRONIC
RECORD